IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY DeWAYNE WOODS,

    Petitioner,                    No. CIV S-10-3489 DAD P

   vs.

A. HEDGEPETH, et al.,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed May 23, 2011, this action was dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit to proceed with a second or successive petition. On July 25, 2011, petitioner filed a document styled as a request for an evidentiary hearing and a request to amend the petition. Court records reflect that petitioner's application for leave to file a second or successive petition is pending before the United States Court of Appeals for the Ninth Circuit. <u>See</u> <u>Woods v. Hedgpeth</u>, No. 11-71086.[1] Petitioner's motion will therefore be denied without

/////

---

[1] A court may take judicial notice of court records. <u>See</u> <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  prejudice to its renewal, as appropriate, should his request for authorization to proceed with a
2  second or successive petition be granted.
3        In accordance with the above, IT IS HEREBY ORDERED that:
4        1. Petitioner's July 25, 2011 motion is denied without prejudice; and
5        2. The Clerk of the Court is directed to serve a copy of this order on the United
6  States Court of Appeals for the Ninth Circuit.
7  DATED: August 11, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wood3489.o